# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| REV. WILLIE McCRANIE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:10-CV-312 CAS |
| ) | |
| STEVE LARKINS, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Pending before the Court is plaintiff's motion to amend the Court's Order of June 24, 2010, which granted plaintiff's motion to proceed in forma pauperis. Based on plaintiff's motion and the supporting exhibits, it does not appear plaintiff has funds to pay even a portion of the initial filing fee. Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to amend the Court's Order of June 24, 2010, and to waive the initial payment of a portion of the filing fee pursuant to 28 U.S.C. § 1915(b)(4) is **GRANTED.** [Doc. 32] Plaintiff shall be allowed to proceed with this action without submitting an initial payment, but he remains obligated to pay the full amount of the filing fee of $350.00.

**IT IS FURTHER ORDERED** that, in accordance with 28 U.S.C. § 1915(b)(2), the Clerk of Court shall notify the Missouri Department of Corrections that it must forward to the court payments from plaintiff's prison account until the filing fee is paid in full.

/s/ Charles A. Shaw
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this __26th__ day of July, 2010.